## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
### DEPOSIT OF UNCLAIMED FUNDS

| In re:<br>BRIAN KRIEGER<br>LYN KRIEGER<br>Debtors. | CHAPTER # 7<br>CASE NO. 06-22493 |
|---|---|

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

__X__ A  The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

_____ B  The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

**CREDITOR & ADDRESS (last known)**           **CHECK AMOUNT**
Decibel Community Credit Union                $523.58
Flatiron Financial Services
6782 S Potomac St
Centennial, CO 80112

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$523.58** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 18th day of January 2010.

_____/s/_____
Steven R. Bailey, Trustee